AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

KEVIN WALLACE

**SUMMONS IN A CIVIL CASE**

V.

THE DISTRICT OF COLUMBIA, et al.

Case: 1:08-cv-00228
Assigned To : Collyer, Rosemary M.
Assign. Date : 2/11/2008
Description: Civil Rights-Non. Employ.

TO: (Name and address of Defendant)

OFFICER THADDEUS MODLIN   (Official Capacity)
METROPOLITAN POLICE DEPARTMENT
300 Indiana Avenue, N.W.
Washington, D.C.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory L. Lattimer
Law Offices of Gregory L. Lattimer
1100 H Street, N.W.
Suite 920
Washington, D.C.  20005

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                       FEB 11 2008

CLERK                                                                       DATE

/s/ Na Janan Scott

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 6/5/08 | 8:55 A.M. |
| NAME OF SERVER (PRINT) DeQuin Boyer | TITLE Process Server | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1st District Police Station Washington DC.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/10/08
Date

Signature of Server

1229 15th Street, NW
Washington DC. 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

KEVIN WALLACE

**SUMMONS IN A CIVIL CASE**

V.

THE DISTRICT OF COLUMBIA, et al.

Case: 1:08-cv-00228
Assigned To : Collyer, Rosemary M.
Assign. Date : 2/11/2008
Description: Civil Rights-Non. Employ.

TO: (Name and address of Defendant)

OFFICER THADDEUS MODLIN   (Individual Capacity)
METROPOLITAN POLICE DEPARTMENT
300 Indiana Avenue, N.W.
Washington, D.C.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory L. Lattimer
Law Offices of Gregory L. Lattimer
1100 H Street, N.W.
Suite 920
Washington, D.C.  20005

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB 1 1 2008
CLERK                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/5/08 | 8:55 A.M. |
| NAME OF SERVER *(PRINT)* DeQuin Bogan | TITLE Process Server | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2o2 District Police Station Washington DC.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/10/08
                  Date

*Signature of Server*

1229 15th Street, NW
Washington DC, 20005
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.