**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
**KEVIN WALLACE,**                      )
                                        )
            **Plaintiff,**              )        **C.A. No. 08-0228 (RMC)**
                                        )
        **v.**                          )
                                        )
**DISTRICT OF COLUMBIA,** *et al.,*     )
                                        )
            **Defendants.**             )
_____)

**OFFICER ALEXANDER VOGEL'S ANSWER TO THE COMPLAINT**

Officer Alexander Vogel hereby Answers Plaintiff's Complaint as follows:

**First Defense**

The Complaint fails to state a claim upon which relief can be granted.

**Second Defense**

As to each of the numbered paragraphs in the Complaint, Officer Vogel responds

as follows:

**INTRODUCTION**

1.      Paragraph 1 contains conclusions of law to which no response is required.

To the extent a response is required, Officer Vogel denies the same.

2.      Paragraph 2 contains conclusions of law to which no response is required.

To the extent a response is required, Officer Vogel denies the same.

**JURISDICTION**

3.      Paragraph 3 contains conclusions of law to which no response is required.

4.      Paragraph 4 contains conclusions of law to which no response is required.

## PARTIES

5.      Officer Vogel is without sufficient information with which to admit or deny the allegations contained in Paragraph 5 of the Complaint.

6.      Officer Vogel admits the allegations contained in Paragraph 6 of the Complaint.

7.      Officer Vogel admits that Officer Thaddeus Modlin is an officer with the Metropolitan Police Department.  The remaining allegations contained in Paragraph 7 are conclusions of law to which no response is required.

8.      Officer Vogel admits that he is an officer with the Metropolitan Police Department and was so at all times relevant.  The remaining allegations contained in Paragraph 8 are conclusions of law to which no response is required.

## STATEMENT OF FACTS

9.      Officer Vogel denies the allegations contained in Paragraph 9 of the Complaint.

10.      Officer Vogel admits that Plaintiff's decedent was encountered by him and Officer Modlin, and that Plaintiff's decedent had just recently been involved in the shooting of his aunt, but denies that the shooting was accidental, and further denies any characterization or allegation not specifically admitted.

11.      Officer Vogel denies the allegations contained in Paragraph 11 of the Complaint.

12.      Paragraph 12 of the Complaint contains conclusions of law to which no response is required.

13.      Paragraph 13 of the Complaint contains conclusions of law to which no response is required.

## COUNT I
### (Survival Act)

14.      Officer Vogel restates and incorporates by reference his responses to Paragraphs 1 through 13 above as if fully set forth herein.

15.      Paragraph 15 of the Complaint contains conclusions of law to which no response is required.  To the extent a response is required, Officer Vogel denies the same.

## COUNT II
### (Wrongful Death)

16.      Officer Vogel restates and incorporates by reference his responses to Paragraphs 1 through 15 above as if fully set forth herein.

17.      Paragraph 17 of the Complaint contains conclusions of law to which no response is required.  To the extent a response is required, Officer Vogel denies the same.

18.      Officer Vogel denies the allegations contained in Paragraph 18 of the Complaint.

## COUNT III
### (Negligence)

19.      Officer Vogel restates and incorporates by reference his responses to Paragraphs 1 though 18 above as if fully set forth herein.

20.      Paragraph 20 of the Complaint contains conclusions of law to which no response is required.

21.      Officer Vogel denies the allegations contained in Paragraph 21 of the Complaint.

22.     Paragraph 22 of the Complaint contains conclusions of law to which no response is required.  To the extent a response is required, Officer Vogel denies the same.

23.     Officer Vogel denies the allegations contained in Paragraph 23 of the Complaint.

## COUNT IV
### (Assault & Battery)

24.     Officer Vogel restates and incorporates by reference his responses to Paragraphs 1 through 23 above as if fully set forth herein.

25.     Officer Vogel denies the allegations contained in Paragraph 25 of the Complaint.

26.     Paragraph 26 of the Complaint contains conclusions of law to which no response is required.  To the extent a response is required, Officer Vogel denies the same.

## COUNT V
### (Deprivation of Civil Rights, 42 U.S.C. § 1983)

27.     Officer Vogel restates and incorporates by reference his responses to Paragraphs 1 through 26 above as if fully set forth herein.

28.     Paragraph 28 of the Complaint contains conclusions of law to which no response is required.  To the extent a response is required, Officer Vogel denies the same.

29.     Officer Vogel denies the allegations contained in Paragraph 29 of the Complaint.

## COUNT VI
### (Negligent Training and Supervision, 42 U.S.C. § 1983)

30.     Officer Vogel restates and incorporates by reference his responses to Paragraphs 1 through 29 above as if fully set forth herein.

31.    Officer Vogel need not respond to the allegations contained in Paragraph 31 of the Complaint as these allegations relate to a Defendant other than Officer Vogel. To the extent a response is required, Officer Vogel denies the same.

32.    Officer Vogel need not respond to the allegations contained in Paragraph 32 of the Complaint as these allegations relate to a Defendant other than Officer Vogel. To the extent a response is required, Officer Vogel denies the same.

33.    Officer Vogel need not respond to the allegations contained in Paragraph 33 of the Complaint as these allegations relate to a Defendant other than Officer Vogel. To the extent a response is required, Officer Vogel denies the same.

34.    Officer Vogel need not respond to the allegations contained in Paragraph 34 of the Complaint as these allegations relate to a Defendant other than Officer Vogel. To the extent a response is required, Officer Vogel denies the same.

Officer Vogel denies any allegation in the Complaint not specifically admitted above.

### Third Defense

Officer Vogel denies all allegations of wrongdoing, including but not limited to violations of common law, statutory and operational standards, negligence, deliberate indifference, and unconstitutional policy or custom.  Officer Vogel further denies that Plaintiff is entitled to any relief whatsoever.

### Fourth Defense

Officer Vogel has performed his obligations, if any, towards Plaintiff in accordance with all applicable statutory, regulatory, constitutional, and common law requirements.

### Fifth Defense

If Plaintiff was injured and/or damaged as alleged in the Complaint, such injuries were the result of the decedent's own intentional, illegal and/or otherwise wrongful conduct.

### Sixth Defense

If Plaintiff was injured and/or damaged as alleged in the Complaint, such injuries and damages were the result of the criminal and/or negligent acts of a person or persons other than Officer Vogel.

### Seventh Defense

If Plaintiff was injured and/or damaged as alleged in the Complaint, such injuries and damages were the result of the decedent's intentional conduct, sole or contributory negligence, and/or his assumption of the risk.

### Eighth Defense

If Plaintiff was injured and/or damaged as alleged in the Complaint, such injuries and damages were the result of a person or persons other than Officer Vogel.

### Ninth Defense

If Plaintiff was injured or otherwise damaged as alleged in the Complaint, such injuries and/or damages were the result of the decedent's sole, joint, or concurring negligence with a person or persons other than Officer Vogel.

### Tenth Defense

At all times relevant herein, Officer Vogel has acted in good faith and with the reasonable belief that his actions were lawful under the circumstances.

### Eleventh Defense

Officer Vogel asserts immunity, qualified immunity, absence of bad faith and absence of gross negligence and reckless indifference.

### Twelfth Defense

Acts or omissions of Officer Vogel were discretionary and/or cannot create liability pursuant to the doctrine of absolute and/or qualified immunity.

### Thirteenth Defense

Plaintiff may have failed to fully comply with the mandatory notice requirements of D.C. Code Section 12-309 (1981).

### Fourteenth Defense

Plaintiff has failed to mitigate his damages.

### Fifteenth Defense

Plaintiff's claims may be barred by collateral estoppel and res judicata.

### Sixteenth Defense

Plaintiff may have failed to comply with the statute of limitations.

### Seventeenth Defense

Plaintiff is not entitled to punitive damages.

### Eighteenth Defense

Officer Vogel was not the cause in fact or the proximate cause of the death of Plaintiff's decedent.

### Nineteenth Defense

Officer Vogel's actions were in self-defense.

Officer Vogel reserves the right to amend his Answer to the Complaint and to raise any additional defenses, that the evidence in discovery may reveal.

**<u>Set-off</u>**

Officer Vogel asserts a set-off against any judgment rendered against him for all funds and services provided to or on behalf of Plaintiff, including medical care, by the District of Columbia.

**<u>Jury Demand</u>**

Officer Vogel hereby demands a trial by jury.

WHEREFORE, having fully answered the complaint filed herein, Officer Vogel prays that the same be dismissed, and that he recover his costs of suit expended herein.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

   /s/  Samuel C. Kaplan
SAMUEL C. KAPLAN (463350)
Assistant Deputy Attorney General

    /s/  Shana L. Frost
SHANA L. FROST (458021)
DAVID A. JACKSON (471535)
Assistant Attorneys General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov

Counsel for the District of Columbia